**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6798**

---

JOHN ANTHONY MICHAEL WILLIAMS,

        Petitioner - Appellant,

    v.

DIRECTOR OF THE SPARTANBURG COUNTY DETENTION CENTER,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Donald C. Coggins, Jr., District Judge. (9:22-cv-04142-DCC)

---

Submitted: April 28, 2026              Decided: May 1, 2026

---

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

John Anthony Michael Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anthony Michael Williams seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing Williams's 28 U.S.C. § 2241 petition. We dismiss the appeal for lack of jurisdiction. In a civil case, the notice of appeal must be filed no more than 30 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on June 5, 2023, and the appeal period expired on July 5, 2023. Williams filed the notice of appeal on September 8, 2025.[*] Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date Williams could have delivered the notice to jail officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).

2